126 So.2d 205

### Arthur D. SHORES

v.

### Barbara Jean BROWN, Minor.

6 Div. 563.

Supreme Court of Alabama.

Jan. 12, 1961.

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for appellant.

Herbert J. Lewis, Jr., Chief Atty. Veterans Administration, Birmingham, Eugene T. Beasley and Frank N. Savage, Montgomery, for appellee.

MERRILL, Justice.

Appeal from a decree on final settlement charging the guardian with the sum of $301.

The identical question presented for decision here was before us in Shores v. Sanders, ante, p. 552, 126 So.2d 201. On the authority of the opinion in that case, the decree of the probate court is affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

126 So.2d 205

### Arthur D. SHORES

v.

### Beveraly BROWN, Minor.

6 Div. 564.

Supreme Court of Alabama.

Jan. 12, 1961.

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for appellant.

Herbert J. Lewis, Jr., Chief Atty. Veterans Administration, Birmingham, Eugene T. Beasley and Frank N. Savage, Montgomery, for appellee.

MERRILL, Justice.

Appeal from a decree on final settlement charging the guardian with the sum of $312.67.

The identical question presented for decision here was before us in Shores v. Sanders, ante, p. 552, 126 So.2d 201. On the authority of the opinion in that case, the decree of the probate court is affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.